No. 137. UNITED STATES *v.* BROSNAN ET AL. C. A. 3d Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for the United States. Respondents *pro se.* ▆▆▆▆▆▆

No. 167. TEXAS GAS TRANSMISSION CORP. ET AL. *v.* SHELL OIL CO.; and

No. 170. FEDERAL POWER COMMISSION *v.* SHELL OIL CO. C. A. 3d Cir. Certiorari granted. *Mathias F. Correa* for Texas Gas Transmission Corp., and *Gavin H. Cochran* for Louisville Gas & Electric Co. (*Lawrence W. Keepnews* of counsel), petitioners in No. 167. *Solicitor General Rankin, Assistant Attorney General Doub, Wayne G. Barnett, Samuel D. Slade, Willard W. Gatchell* and *Howard E. Wahrenbrock* for petitioner in No. 170. *William F. Kenney, Oliver L. Stone* and *George C. Schoenberger, Jr.* for respondent. Reported below: 263 F. 2d 223.

No. 183. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *Samuel B. Stewart* and *Kenneth M. Johnson* for petitioner. *Solicitor General Rankin* for the United States.

No. 229. CONTINENTAL GRAIN CO. *v.* BARGE FBL–585 ET AL. C. A. 5th Cir. Certiorari granted. *Eberhard P. Deutsch, Malcolm W. Monroe* and *René H. Himel, Jr.* for petitioner.

No. 283. HERTZ CORPORATION (SUCCESSOR TO J. FRANK CONNOR, INC.) *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted. *Roswell Magill* and *Harry N. Wyatt* for petitioner. *Solicitor General Rankin* for the United States.